USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

LAW OFFICES OF
DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

MEMO ENDORSED

**Defendant Xiao Yen Chen's request for an amendment of her bond conditions to permit travel to Philadelphia, Pennsylvania on August 21, 2026 is GRANTED. Defendant Chen is permitted travel to Philadelphia, Pennsylvania for the sole day of August 21. The Clerk of Court is directed to terminate the motion at ECF No. 60.**

**Date: August 20, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

August 18, 2026

Via ECF & Email
The Honorable Nelson S Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: United States v. Xiao Yen Chen, 26 Cr. 329 (NSR)

Dear Judge Roman:

I represent Ms. Chen in the above-referenced matter. I am writing to request a one-day amendment to Ms. Chen's conditions of bond to permit her to travel with her seventeen- year-old daughter to Philadelphia, Pa to the passport office where she has an appointment on August 21, 2026 at 8:00 am for her daughter to obtain a secondary passport. Ms. Chen does not apply for a passport or any travel documents. The application is only to expand Ms. Chen's travel restriction to include one time only travel on August 21st to Philadelphia, Pa.

Her daughter is scheduled to leave for the Czech Republic with her school on August 23, 2026 to study there for a semester. The school just advised Ms. Chen that her daughter needs a secondary passport to travel because her primary passport is tied up with the Visa application. Without the secondary passport her daughter will not be able to travel for her semester abroad. See attached which explains the need for the secondary passport and Ms. Chen's appointment at 8:00 am in Philadelphia Pa passport office. Ms. Chen tried to obtain an appointment in the New York office but no appointment was available. The next closest office is in Philadelphia. Her daughter's father passed away so Mr. Chen is the only one who can take her daughter for the passport.

At Ms. Chen's first appearance on August 12, 2026 Magistrate Judith C. McCarthy released her on an unsecured $150,000 bond to be signed by one financially responsible person and one suretor for moral suasion. Her travel is restricted to the Southern District of New York and the Eastern District of New York. Ms. Chen signed the bond on August 12th. She must meet the other bond conditions by August 26, 2026. Since I put in my notice of appearance last night for Ms. Chen, I have been working on obtaining the necessary documents from the suretors-her sister and husband- to send to the paralegal. I do hope to get this accomplished by tomorrow or Monday at the latest.

She is being supervised by pretrial in Eastern District of New York since Ms. Chen resides in Brooklyn. The Pretrial Officer overseeing her pretrial release from the Southern District of New York, White Plains office, Vicsanny Harrison does not oppose this application. The Government advised that it defers to Probation as to this request.

Wherefore, I respectfully request the Court grant this application for the one-day amendment to Ms. Chen's conditions of bond to allow her to travel to Philadelphia Pa on August 21st, 2026 for the purpose of accompanying her daughter to the passport office for her daughter to obtain a secondary passport.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of record via ECF
USPTO Harrison via email
USPTO Carter via email

4:00

# U.S. Online Passport Appointment System - Passport Agency Appointment Confirmation

收件箱

N noreply@passportappoin...
下午 1:53
发给 me, passportsolutions

***DO NOT REPLY TO THIS EMAIL. THIS EMAIL INBOX IS NOT MONITORED***

Below are the details of your appointment and other important information.

**Appointment Information**

| | |
|---|---|
| Confirmation Number: | **92184458** |
| Unique Identifier: | **CAONYC** |
| Appointment Date: | 08/21/2026 |
| Arrival Time: | 8:00 AM |
| Number of Attendees: | 1 |
| Agency Address: | Philadelphia Passport Agency<br>900 Market Street<br>Suite 100<br>**The building entrance** |

回复所有人 转发

4:00

**The building entrance is located on 9th Street**
Philadelphia, PA 19107
Building Entry Requirements and Accessibility Features

You will receive an appointment reminder 48 hours before your appointment using the option(s) you chose. Follow the instructions in the reminder to confirm, cancel, or change your appointment. Note: If you chose SMS text, it will be sent from 877487. For SMS Terms of Service, visit passportappointment.travel.state.gov/home/terms. For the privacy policy, visit state.gov/privacy-policy.

**How to cancel your appointment:**

Cancelling your appointment will free up space to help someone with urgent travel. Appointments cannot be transferred to another customer.

To confirm, cancel, or reschedule using the Online Passport Appointment System, visit https://passportappointment.travel.state.gov/

To cancel by email, please follow all

回复所有人 转发

# SECONDARY PASSPORT & VISA COORDINATION GUIDE

VERTO EDUCATION

This guide assists students who may need a secondary passport or need to urgently renew their passport. Below you will find FAQs, instructions, and application requirements.

## What is a secondary passport?

A secondary passport is a second, fully valid U.S. passport book issued to U.S. citizens who need to submit their passport for visa processing, but also need their passport for independent travels. While most U.S. citizens only ever hold one passport, the U.S. Department of State allows U.S. citizens to possess a secondary passport if their primary passport is unavailable due to a visa application process for example.

## When a second passport is necessary

If you have independent international travel plans before your Verto semester, but your primary passport is required for your student visa application, you might need a second passport. Before you apply for a secondary passport, send your travel dates to your Student Onboarding Advisor. We might be able to help you time your visa application after your trip so you can avoid the secondary passport process.

## Where Verto fits in

Our main priority is supporting you through the student visa process. While we provide this guide and a letter to support your secondary passport application, the secondary passport process is the student's responsibility.

## How to apply for a Secondary or Urgent Passport

**Passport Agency: If you need a passport <u>in less than 14 days</u>**

- Use the Passport Agency found on the U.S. Department of State website. Passport Agencies are unique in that you cannot schedule nor attend a Passport Agency appointment until 14 days before your international trip, however, they process passports the exact same day as your appointment.

**Passport Acceptance Facility: If you need a passport <u>in more than 14 days</u>**

- Use the Passport Acceptance Facility website. Check with the facility to see if you need to make an appointment. We recommend paying to have your passport expedited to make sure you receive it as soon as possible.
- Do NOT submit your primary passport when you apply for your secondary passport.

# Passport Agency: Instructions

1. Contact your Student Onboarding Advisor and…
    a. Provide your travel dates
    b. Request a secondary passport or urgent passport letter
2. Open the Passport Agency website, and scroll down to find the nearest Passport Agency to you
3. Click the logo with a blue building to open your Passport Agency information. Then click “View Website” (see screenshot below)

Map of Passport Office Locations




4. Scroll down to “Step 3. Make an appointment” and open the Online Passport Appointment System
5. Select “I want to make a new appointment at a passport agency (1 appointment per household).”
6. Answer the questions accordingly:
    a. Do you have international travel plans?
        i. Enter the date of your international trip
    b. Do you need a visa?
        i. Enter your visa appointment date, or if applicable, the group visa deadline
    c. How many members of your household need passport services at this visit?
        i. 1
7. Verify your email address and/or phone number
8. Enter the city, state, or zip code of the Passport Agency
9. Select your Passport Agency, and you will then see the availability

# Passport Agency: Application Documents

- Printed confirmation of your appointment
- Printed proof of international travel
  - Secondary/urgent passport letter provided by Verto
  - If you are travelling internationally within 14 days, bring along a print out of your flight itinerary
- Your application form. Fill out your form(s) online and print it
  - **Use Form DS-11 if:**
    - You are applying for a Secondary Passport so you can travel while your primary passport is submitted for visa processing.
    - Your previous passport was issued when you were under age 16. (You are now applying for your first "adult" passport).
    - Your current passport is significantly damaged (e.g., water damage, torn pages, or loose cover).
    - Your current passport was lost or stolen.
    - You are currently under the age of 18.
  - **Use Form DS-82 if:**
    - You are *renewing* an adult passport that you have in your physical possession, it is undamaged, and it was issued when you were age 16 or older.
  - **Still unsure?** Bring both forms blank to your appointment and the agent will tell you which one to sign based on your specific travel conflict.
- Bring photocopies of your citizenship and identification
- One passport photo
- Your application fee and expedite fee. You must pay with a:
  - Credit card,
  - Debit card (not ATM cards), or
  - Contactless payment such as Apple Pay, Google Pay, or Samsung Pay

# Passport Acceptance Facility: Instructions

1. Contact your Student Onboarding Advisor and…
   a. Provide your travel dates
   b. Request a secondary passport or urgent passport letter
2. Open the Passport Acceptance Facility website. Enter your zip code to find the nearest Passport Acceptance Facility to you and click Search
3. Click on the Facility Name link of where you would like to apply. You will be provided the website and information for the Passport Acceptance Facility.
4. Near the bottom, check the Comments section. Typically, this will provide instructions on whether they allow walk-ins or require an appointment.
5. Click on the Website to learn more about their process.

# Passport Acceptance Facility: Application Documents

- Secondary/urgent passport letter provided by Verto
- Application form which can be found on the US Department Passport Form site
  - **Use Form DS-11 if:**
    - You are applying for a Secondary Passport so you can travel while your primary passport is submitted for visa processing.
    - Your previous passport was issued when you were under age 16. (You are now applying for your first "adult" passport).
    - Your current passport is significantly damaged (e.g., water damage, torn pages, or loose cover).
    - Your current passport was lost or stolen.
    - You are currently under the age of 18.
  - **Use Form DS-82 if:**
    - You are *renewing* an adult passport that you have in your physical possession, it is undamaged, and it was issued when you were age 16 or older.
  - **Still unsure?** Bring both forms blank to your appointment and the agent will tell you which one to sign based on your specific travel conflict.
- Bring photocopies of your citizenship and identification
- One passport photo
- Your application fee and expedite fee