*Law Offices of*
*Daniel A. Hochheiser*
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

MEMO ENDORSED

August 20, 2026

**Via ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *USA v. Xiao Yan Chen* (aka Anna)
26 CR 329 NSR
Motion to Withdraw as Counsel

**In light of Defendant Xiao Yan Chen retaining counsel Donna Newman, Counsel Daniel Hochheiser is hereby terminated as counsel of record for Defendant Xiao Yan Chen. The Clerk of Court is directed to terminate the motion at ECF No. 61.**

**Dated: August 20, 2026**
**White Plains, New York**

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Your Honor:

On August 12, 2026, Judge McCarthy appointed me under the Criminal Justice Act to represent Xiao Yan Chen. Because of Chen's financial circumstances, Judge McCarthy ordered Chen to seek retained counsel.

Chen has retained counsel as documented by notice of appearance filed by Donna Newman, Esq. on August 19, 2026. ECF document 57.

Accordingly, I request that the Court endorse this letter motion relieving me as counsel to Chen.

Very truly yours,

Daniel A. Hochheiser

Cc: All counsel via ECF